IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE .

| | |
|---|---|
| DONALD CARLSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | Cause No.:    3:20-CV-05476 |
| | Hearing Date: |
| Plaintiff/Petitioner | |
| | DECLARATION OF SERVICE OF SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; MINUTED ORDER RE DISCOVER; ORDER SETTING DEADLINE |
| vs. | |
| UNITED NATURAL FOODS, INC; ET AL | |
| Defendant/Respondent | |

The undersigned hereby declares: That's(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **4th day of June, 2020 at 1:50 PM** at the address of **711 CAPITOL WAY S SUITE 204, OYLMPAI, Thurston County, WA 98501**, this declarant served the above described documents upon **UNITED NATURAL FOODS, INC c/o CT CORPORATION SYSTEM, RA** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **James Roberts , REPRESENTATIVE, PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a brown-haired white male approx. 35-45 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.**.
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: $79.50

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Date: June 23, 2020

Holly Hart, Reg. # 16-0509-05, Thurston County

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

Tracking #: 0053766585

For: Terrell Marshall Law Group PLLC
Ref #: 2334-001 (UNITED)



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-05476-RBL

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 23, 2020

_____
*Server's signature*

_____
*Printed name and title*

2212 Jackson Ave NW
Olympia, WA 98502
*Server's address*

Additional information regarding attempted service, etc: