THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD CARLSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>UNITED NATURAL FOODS, INC., and SUPERVALU, INC.,<br><br>    Defendants. | CASE NO. C20-5476-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to extend the litigation stay (Dkt. No. 29). Having thoroughly considered the motion and the relevant record and finding good cause the Court GRANTS the motion. The Court STAYS this action until December 29, 2020 and ORDERS the parties to file a joint status report by December 27, 2020 that (a) sets forth the Parties' respective and/or collective positions as to whether the stay should remain in effect, and (b) provides the Court with an agreed-upon and/or proposed deadline for submission of an updated Joint Status Report and Discovery Plan.

//

//

MINUTE ORDER
C20-5476-JCC
PAGE - 1

DATED this 5th day of November 2020.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk